# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161926-7(55)

B.A. TYLER,

       Plaintiff-Appellee,

v

DAVID M. FINDLING and THE FINDLING
LAW FIRM, PLC,

       Defendants-Appellants,

and

MEKEL S. MILLER,

       Defendant-Appellee.

_____/

SC: 162016
COA: 348231
Oakland CC: 2018-165238-NZ

       On order of the Chief Justice, the motion of the Alternative Dispute Resolution Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 2, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020



Clerk